IN THE U.S. DISTRICT COURT

FEDERAL COURT SOUTHERN FLORIDA MIAMI-DADE Co.

HONOURABLE JUDGE:
PLEASE ASSGN

JAMAL JARETT
Plaintiff,

HON. MAGISTRATE:
PLEASE ASSGN

V,

1. MIAMI-DADE POLICE DEPT.
STATION 4   CUTLER BAY

EXEC. DIRECTOR.
Sheriff:

CASE: NO TO BE ASSGN

2. JACKSON MEMORIAL HOSP.
SOUTH   RICHMOND HEIGHT
NEGLIANCE: NON-REPORTING

DATE: July 13TH, 2022

3. State OF FLORIDA
FLA. ATTY GENERAL Ashley Moody,

FILED BY [illegible] D.C.

JUL 15 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

DEFENDANTS (3)

COMES NOW PLAINTIFF Jamal
Jarett   who   was   prosecuted

illegally   as   a   result   of   the

page 2 of 12,

blatant illegalities and down-
Right BEATINGS, AND NUMBERED
ATTEMPTED murder, inflicted
initially BY Rogue POLICE OFFICERS
of the Miami-Dade Police DEPT.
on Apr 10, 2020.

These Rogue officers not only
beat me severly on this day,
BUT also caused BLOOD IN
URINE, CLOTS on ABOUT BODY,
HEAD, TORSO ETC........

VERIFIABLE at Jackson
Memorial Hospital South.

FROM: Apr 10 TO: Apr 13, 3Three Torturous Days.

Page 3 of 12,

OFFICERS TO BE NAMED:

Pursuant: TO THE PLAIN- CONSCIBSE LANGUAGE OF EXCEPTIONAL CIRCUM STANCE.      JURISDICTION:

As it should shock the conscious of any reasonable individual. {CT.} So Hostile And Degrading, was the prolonged verifiable beating. {VIDEO- BODY CAM, DASH BOARD CAM, MUNICIPAL STREET VIDEOS}

Cite:

Bowen S. JOHNSON {IN PART} 306 U.S. 19, 27, (1939) Prisoner split of authority FED. & STATE, as beatings

initially POST- UN WARRANTED-ARREST.

POST NON-SHOW OF Subpoenaed Officer who refused to testify in CRIM, CASE.

Probability To Hide from Future Prosecution Of Himself and other accomplice POLICE OFFICERS. IN.9 to 911 Name Officer LOPEZ. More Info To Follow

## STATEMENT OF THE CASE AND FACTS

### SUPPORTING LAW SUITS.

On Apr 10, 2020 Plaintiff Temal Jarrett

after working on BOAT-DOCK- BOAT.

Owner Mr Lopez. { NOT THE POLICE OFFICER WITH SAME LAST NAME }

Mr Lopez started to DRIVE

Plaintiff ⟶ sudden stopped

BY ROGUE- POLICE OFFICERS.

After initial compliance MR

Jarrett in fear of his life

after many minutes FLED.

As a B/M AFRICAN-AMERICAN no

prison- post - probation - no - drugs-

no DANGER TO THE ENVIRONS OF

FLORIDA or ANYWHERE. Was

Page 5 of 12,

POUNCED Upon- BEATEN- BLOODIED-
UNCONSCIOUS- INTERNAL BLEEDINGS-
EXTERIOR BLEEDINGS, Blood IN
Urine and numerous HEAD-
TRAUMA ONGOING AND substantial
FOR now upon-information-belief
a shortened life-span. IN NO-SMALL
PART "REASONING" An. African American,
Black Male. Also in need
of TITLE VII Protections "CLASS" as
any other Race type propably would
not be subject to this form of torture.
CITE: PURSUANT: DISCRETE AND INSULAR CLASS
WARRANT SPECIAL PROTECTIONS. U.S. V. Carolene Prods,
Co. 304 U.S. 144, 58 S. Ct. 778 (1938)
Title VII of The Civil Rights Act of 1964

Page 6 of 12,

BECAUSE NO SUCH HINT OF HUMANITY WAS OFFERED TO Plaintiff Jamal Jarett, By The Police. Humbly petition

made to this HON. COURT for

assurances and insurance that

this does not happen again

by   ① OPENING CASE
     ② GRANTING Subpoenas
     ③ CT. Order Appearance
         Opposing Counsel
     ④ APPT. FED. PUB. DEF.
                    -OR-
              Volunteer Atty
                   -or-
              FRIEND OF COURT
                   or
         CT. Order COUNSEL FROM
         Dept. of Justice

PER CANSUS            FOR  PLAINTIFF,
SHEPHERD v. U.S. 253 F3d 585 587 (11th Cir. 2001)

This BEATINGS    and yes attempt at

murder to cover up beatings.

NOTE: VERIFIABLE WITH NURSES &

DOCTORS, who were harrassed

for 3THREE day as Plaintiff

Laid BLEEDING IN HOSPITAL, Harrassed

For Early RELEASE OF Plaintiff Prisoner
By Miami-Dade Police Officer: {COPUZ}

NOTE: Also Source Of Plaintiff Actions
Against J. M. HOSP. SOUTH, Cause: No
Reporting- No in INFORMING LEGAL-
COUNSELS FOR J. M. HOSP. & South.

                    TO BE FURTHURE OUTLINED

Plaintiff PURSUANT: Suppoenas
OF① MEDICAL RECORDS
    ② STAFF Nurses & Doctors Names
    ③ AUDIO & VIDEO OVER THREE
        DAY PERIOD.
PURSUANT: DUEES TEC-NUM.
Fla Rules Of Crim, Proc. R. 3.250
Plaintiff As Witness PLUS, +

Fla Const Antiele One § 16 Rights
Of Accused and Victims.
⚇ PROCESS FOR WITNESSES TO

CONFRONT AT TRIAL (OR PRELIMINARY PROCEEDINGS PRE-TRIAL) ADVERSE WITNESSES.

Numerous Issues in: Re: VINDICTIVENESS- AND MALICE of Miami-Dade Police Officers of Station #4 Four

Am. Jud. P. 24A.

Initial Plaintiff Post INCARSARATION, Post Death Bed Hospital Stay, Post a Current TRAMAS- PHYSICAL AND MENTAL VERIFIABLE SCARS FOR REST OF SHORTENED LIFE

SEEKS:

Damages (16c) $250,000.00
Actual Damages (16c) $75,000.00
Compensatory Damages (187) $2,500,000.00
Discretionary Damages (187) TO BE DETERMINED By HON. COURT.

Future Damages
Determined By DOCTORS/
PSYCHIATRIST= ASSGN. BY
THIS HON. COURT            #  ——

Punitive Damages
ASSGNED BY THIS
HON. COURT.            &  ——

Adjunct Issues To Be Determined
By This Hon. Ct. In Relations
To This Horrific Beatings.
FED COURT ORDERS Sealing—
Expunging Related CRIMINAL
CONVICTIONS.

Als: Note To Hon. Judge e
Magistrate

THIS PROCESS Has Already BEGUN
ON STATE CIRCUIT LEVEL ON

JULY 10, 2022    Case No 3RD D.C.A.

Page 10 of 14)

INVALIDATES CONVICTIONS. {Pub. Def Offices Appealite Lawyer DARRYL FENTON ESQ, @ 1470 N.W. 14th Street Miami Florida 33125}

NOTE: Hon. Court DARRYL FENTON ESQ. Possible Short List For Appointed Counsel In This FEDERAL MATTER.
PLAINTIFF Prays (etc) FOR THIS RELIEF ALSO.

## CONCLUSION:

PLAINTIFF HUMBLY PETITIONS THE HON. COURT FOR FIRST RELIEFS AFOREMENT-IONED. {APPT. LWYR FENTON OR...}
2ND: NAMES & ADDRESSES FOR OPPOSING COUNSEL FOR ALL DEFT. (3) AND SERVICE BY CLERK OF COURTS OR U.S. MARSHALL OR PRO-TO-COL.
THIRD PLAINTIFF PRESENCE IN PERSON OR ZOOM ALL PRE-TRIAL AS COURT ORDERED.

FUTURE: ISSUES; Known, Provable VIDEO BODY CAM, DASH CAM, HOSP. VIDEO, Supporting the Suit and Proof of Horendous Acts.

PAGE 11 of 12,

CERT. OF. INTERESTS/PARTISIPANTS:
11th Cr. Civ. P. Rules   26-1-1    1-3


FED. PUB. DEF. OFC.   Exec. DIr.
150 W. Flagler Street   Suite 1700   M. Fla. 33130


U.S. Marshalls Office   EXEC. DIR
400 N. Miami Ave.   6TH FLOOR
Miami Florida 33128


1, Holland & Knight LAW FIRM   Lead counsel


INTEREST
1. DARRYL FENTON Esquire @ PUB. DEF. OFFICE
1420 N.W. 14TH Street M. Fla 33125


1. LAW FIRM OF WILLIE CARY ESQ   222 E. Osceola St.
Stuart Florida 34991   (800) 329-4278


1. LAW FIRM OF BENJAMIN CRUMP ESQ   600 N. Pine
Island Road   PLANTATION FLORIDA 33324


1. FLORIDA   ATTORNEY GENERAL ASHLEY MOODY
SUN Building SO1 KENNEDY BLVD Suite 1100
Miami Florida   33602

Page 12 of 12

# CERTIFICATE OF SERVICE:

Under Penalty Of Perjury Per Oath(iz) Aforementioned FACTS: Upon Information & Belief True — Correct Concrese.

PLAINTIFF INDIGENT I.F.P. In Forme Pauperu Waive All Fees, REQUEST HON Court/ CLERKS of Courts "SERVICE" All Page 11 of 12

# RESPECTFULLY SUBMITTED:

JAMAL JARRETT    # 200132-100
Unit 2D2  @  M.W.D.C.  13850
N.W.  41 POST  Street  Miami FL. 33178

| Jamal Jarlett | + Jarrett | July 13, 2022 |
|---|---|---|
| NAME PRINT | SIGNATURE | DATED |

FWRD:
ALT: ADRESS: 3718 N.W. 2ND COURT
LAUDERDALE  FLA.  33311
(305) 465-7757   (786) 760-0211   JAMELA ARLEFORD.



Jan 91 Jellett # 200132100 Bld 273
Sm. W. D. C
13850 N.W. 41st Street
Miami, Florida 33178

USA ★ FOREVER ★

This correspondence originated at a Miami-Dade Corrections and Rehabilitation facility. MDCR is not responsible for its contents.

U.S. FEDERAL DISTRICT COURT.
Wilkie Ferguson Court House
ATTN: CLERK OF COURTS /CASE ASSIGNMENTS

400 N. MIAMI AVENUE
MIAMI FLORIDA 33128

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

FSC
MIX
Envelope
FSC® C137131

USMS
INSPECTED
RECEIVED
JUL 15 2022
1:17 PM